IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CURTIS MALONE DIAMOND, II**                                                      **PLAINTIFF**

**V.**                                  **NO.   2:08CV00015**

**PAFORDFORD AMBULANCE SERVICE**
**MONTE MCINTOSH**                                                                 **DEFENDANT**

## ORDER OF DISMISSAL

Plaintiff commenced this *pro se* action alleging a cause of action "under the 8th Amendment to the U.S. Const." *See* docket entry #2.  On February 20, 2008, the Court issued an Order giving Plaintiff fifteen days to file an Amended Complaint containing information necessary to complete the screening function mandated by 28 U.S.C. § 1915A.  *See* docket entry #4.  Importantly, the Court advised Plaintiff that the failure to timely and properly do so would result in the dismissal of this case, without prejudice.  *Id.*  As of today's date, Plaintiff has failed to comply with the Court's Order, and the time for doing so has expired.

IT IS THEREFORE ORDERED THAT:

1. Pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's February 20, 2008 Order (docket entry #4).

Dated this 21st day of March, 2008.

/s/ James M. Moody
James M. Moody
United States District Judge